# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMCO INSURANCE COMPANY and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| X-CHAIR, LLC<br>10300 Southard Drive<br>Beltsville, MD 20705 | ) ) ) ) ) | Case No.: 22-cv-2875-PX |
| and | ) ) | |
| ACE BAYOU CORP.<br>3700 Desire Parkway<br>New Orleans, LA 70126 | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiffs, Amco Insurance Company and Allied Property and Casualty Insurance Company, pursuant to Rule 41 (a), hereby dismisses this action against the Defendants, without prejudice.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (04586)
Downs Ward Bender Herzog & Kintigh, P.A.
11350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, MD 21031
410-584-2800
mward@downs-ward.com